IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

José L. Camacho - Ramos
Full name of plaintiff
*Nombre completo del demandante*

v.

The Commonwealth of Puerto Rico,
First Instance Court of Mayagüez Puerto Rico,
Supreme Court of Puerto Rico.

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I. Previous lawsuits.
   *Pleitos radicados anteriormente.*

   A. Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

   ( ) Yes *(Sí)*      (✓) No

   B. If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                           -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*       _____

                         _____

   Defendant(s)
   *Demandado(s)*        _____

                         _____

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   _____

3. Docket number.
   *Número asignado.*    _____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   _____

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   _____

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   _____

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _____

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (✓)  Yes *(Sí)*                    ( )  No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      ( )  Yes *(Sí)*                    (✓)  No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         _____
         _____

      2. What was the result?
         *¿Cuál fue el resultado?*

         _____
         _____

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      The state prisoner's grievance agencie does not have Jurisdiction in the nature of the complaint

42:1983                             -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

( )  Yes *(Sí)*                    ( )  No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
   *¿Qué medidas tomó usted?*

   _____
   _____

2. What was the result?
   *¿Cuál fue el resultado?*

   _____
   _____

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
*Nombre del demandante*   José L. Camacho - Ramos

Address
*Dirección*   50 Carr. #5, Unit 501 (1-D)
Industrial Luchetti
Bayamón, P.R. 00961-7403

42:1983                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant / *Demandado*: Jennifer González

is employed as / *está empleado como*: Governor of Puerto Rico

at / *en*: The Commonwealth of Puerto Rico

see reverse side for additional Defendants

IV. Statement of Claim. / *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

The plaintiff has been wrongfully convicted for over 23 years by the use of fabricated evidence at the trial before the First Instance court of Mayagüez P.R. That plaintiff has requested to the First Instance Court and to the Supreme Court of P.R. the application of a new forencic technique called "Fluorescence Protein-Lipid Oxidation Signatures" which is used to estimate the time of deposition of Semen and blood traces. That with this Forencic technique

42:1983                              -5-

the plaintiff is seeking to proof his innocence and the fabrication of the evidence, which was obtained from plaintiff around a year after the crime for which he was wrongfully convicted. Defendants deny the petition in violation of the fundamental rights of the plaintiff.

V. Request for Relief.
   *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

That this Honorable Court orders the defendants to proceed to submitts the evidence held by the Institute of Forensics of the Commonwealth of P.R. which was used at trial, to surrender it to a private lab for them to perform the "Fluorescence Protein - Lipid Oxidation Signatures" in order to estimate the time and date of the deposition of semen and blood traces used to incriminate the plaintiff on the criminal trial case, this for the good of justice. As well as any other providence or relief that this Honorable Court finds that proceeds by law and right.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __16__ day of __January__ of __2026__ .
                    (día)              (mes)              (año)

_____
Plaintiff's signature
*Firma del demandante*

42:1983                                    -6-